(A) annually publish in the Michigan Bar Journal a notice informing members that, upon request, their names will be removed from the mailing list that is used for commercial mailings;, and

(B) annually publish in the Michigan Bar Journal a notice informing members of the Young Lawyers Section that, upon request, their membership in that section will be terminated.;

(C) limit its funding of the Michigan Lawyers Auxiliary to $5000 per year with adjustments for inflation after 1981, the funding to continue for as long as Michigan Lawyers Auxiliary continues its Law Day activities, specifically including the Law Day essay contest.

*Staff Comment*: This proposed change is a housekeeping measure that eliminates the funding provision for the Lawyers Auxiliary Law Day program, which does not fit with the other issues in the order. Law Day activities are not of an ideological nature, but are educational and designed to introduce students to the court system and to encourage greater public understanding of the legal system.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

A copy of this order will be given to the Secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court Clerk in writing or electronically by October 1, 2003, at P.O. Box 30052, Lansing, MI 48909, or MSC_clerk@courts.mi.gov. Please refer to ADM File No. 2003-15, when filing a comment. Your comments and the comments of others will be posted at www.courts. michigan.gov/supremecourt/resources/administrative/indexes/htm.

PROPOSED AMENDMENTS OF MCR 3.973, 3.974, 3.975, AND 3.977. On order of the Court, the proposed amendments of Rules 3.973, 3.974, 3.975, and 3.977 of the Michigan Court Rules having been published for comment at 467 Mich 1234-1237, and an opportunity having been provided for comment in writing and at a public hearing, the Court declines to modify the court rules. This administrative file is closed without further action. ADM File No. 2003-07.

MARKMAN, J. I would amend the rules to allow trial judges the discretion to order jury trials on supplemental petitions in appropriate circumstances.

*Rehearings Denied July 8, 2003:*

BOYLE v GENERAL MOTORS CORPORATION, No. 121661. Reported *ante*, 226.
WEAVER, J. I would grant rehearing.
KELLY, J., not participating.

PEOPLE v CLAY (AFTER REMAND), No. 120024. Reported *ante*, 261.
KELLY, J. I would grant rehearing.